JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy Lewis Whiting,<br><br>        Plaintiff,<br>  v.<br><br>CITY OF PALM DESERT, California, a municipal corporation; PALM DESERT HOUSING AUTHORITY, a public agency; JANET MOORE, in her individual capacity as Executive Director of the Palm Desert Housing Authority; RAY DOUGLAS ANN & PATRICK, INC. (d/b/a RPM Company), a California corporation; TERESA VAKILI, in her individual capacity as a regional property manager with Ray Douglas Ann & Patrick, Inc.; FNU KOO, in her individual capacity as a regional property manager with Ray Douglas Ann & Patrick, Inc.; JACOB CANTU, in his individual capacity as a property manager with Ray Douglas Ann & Patrick, Inc.; and Jane Doe No. 1 and DOES 2-10,,<br><br>        Defendants. | Case No. EDCV17-01395 JGB (KKx)<br>[Assigned to U.S. District Judge Jesus G. Bernal and U.S. Magistrate Judge Kenly Kiya Kato]<br><br>**ORDER** |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice, each party to bear their own costs, expenses and attorneys' fees.

Dated: June 26, 2018          By: _____
                              Hon. Jesus G. Bernal
                              United States District Court Judge